IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN PAUL OWENS,<br><br>Defendant. | CR 20–29–M–DWM<br><br><br><br>ORDER |

The United States having moved unopposed to dismiss the indictment in this case without prejudice,

IT IS ORDERED that the motion (Doc. 27) is GRANTED. The indictment in this matter is DISMISSED without prejudice. All outstanding motions are denied as moot. The trial and all deadlines are vacated. The Court reserves jurisdiction solely to rule on a motion regarding the expungement of the FBI fingerprint record.

DATED this  28th  day of January, 2021.

_____ 18:27 PM
Donald W. Molloy, District Judge
United States District Court