IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 20-29-M-DWM |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO EXPUNGE FBI FINGERPRINT RECORD |
| vs. | |
| JORDAN PAUL OWENS, | |
| Defendant. | |

The United States moves the Court to expunge the FBI fingerprint record regarding the above-named defendant. The United States represents that the defendant has complied with an agreement with the United States and Probation Office. The defendant does not oppose.

NOW THEREFORE IT IS HEREBY ORDERED that the motion is GRANTED. The defendant's FBI fingerprint record related to this case is EXPUNGED. The FBI shall take all steps necessary to comply with this order of expungement.

ORDERED this 16th day of March, 2022.

Donald W. Molloy, District Judge
United States District Court